■ MICHAEL C. JACKSON, Respondent, v JUDITH JACKSON, Appellant.—Order, Supreme Court, New York County (David B. Saxe, J.), entered on February 21, 1991, which granted petitioner's application to vacate respondent's income execution, and denied respondent's cross-petition for arrears and counsel fees, unanimously affirmed, without costs.

The parties' separation agreement provides for three events that will reduce monthly maintenance and support payments

without limit and separately provides for three other events that will reduce such payments to a limit of $800 a month for each unemancipated child. The IAS court correctly construed the plain meaning of this agreement in declining to apply the $800 limit to the first set of events *(see, Cunningham v Cunningham,* 169 AD2d 451). Respondent may not avoid the unambiguous terms of the agreement " 'merely because it subsequently appears to have been a bad bargain' " *(Barzin v Barzin,* 158 AD2d 769, 770, *lv dismissed* 77 NY2d 834, quoting 2A Weinstein-Korn-Miller, NY Civ Prac ¶ 2104.05). We have reviewed respondent's other arguments and find them to be without merit. Concur—Carro, J. P., Wallach, Asch, Smith and Rubin, JJ.